IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANE M. FRIEND | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SUBURBAN WOODS NURSING HOME | : | |
| LLC t/a SUBURBAN WOODS HEALTH | : | |
| & REHABILITATION CENTERS | : | NO. 02-CV-4464 |

NOTICE

AND NOW, this 29th day of August, 2002, the Honorable Berle M. Schiller has scheduled **oral argument** for **Thursday, September 19, 2002 at 8:30 A.M.** in **Courtroom 5C**. Counsel shall address the Defendant's Motion to Dismiss for Failure to State a Claim Upon which Relief Can Be Granted and Defendant's Notice of Removal.

_____
Patricia A. Callahan
Deputy Clerk to
Honorable Berle M. Schiller