IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DIANNE M. FRIEND                          :        CIVIL ACTION
                                          :
        vs.                               :
                                          :        NO. 02-CV-4464
SUBURBAN WOODS NURSING HOME,
LLC, ET AL.

<u>O R D E R</u>

**AND NOW, TO WIT:** This 18th day of September, 2002, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:** _____
Patricia A. Callahan
Deputy Clerk to
Hon. Berle M. Schiller

Civ 2 (7/95)
41(b).frm