**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DIANE M. FRIEND,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **SUBURBAN WOODS NURSING** | : | **No. 02-4464** |
| **HOME, LLC, et al.,** | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this      day of **March**, **2003,** it is hereby **ORDERED** that:

Defendant Suburban Woods Nursing Home, LLC's Motion to Dismiss (Document No. 2)

is **DENIED as moot**.

**BY THE COURT:**

_____

**Berle M. Schiller, J.**